1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   First Assistant United States Attorney
4  KYLE F. WALDINGER (ILSB 6238304)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California 94102
       Telephone: (415) 436-6830
7      Facsimile: (415) 436-7234
       E-mail: kyle.waldinger@usdoj.gov
8
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ROY LIN, <br> Defendant. | No. CR 12-0217 EMC <br><br> STIPULATION AND [~~PROPOSED~~] ORDER DOCUMENTING EXCLUSION OF TIME |

With the agreement of the parties in open court on April 11, 2012, and with the consent of the defendant Roy Lin ("defendant"), the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 11, 2012, to April 25, 2012. The Court finds and holds, as follows:

1. The defendant appeared before the Court on April 11, 2012, for identification of counsel and a bail review hearing.

2. At the appearance on April 11, 2012, the Court set the defendant's initial appearance before the assigned district judge, the Honorable Edward M. Chen, for April 25, 2012. Before that date, the government will produce to the defendant discovery related to the charges in this case. Counsel for the defendant needs time to review that discovery and to investigate the case.

STIP. & [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME
CR 12-0217 EMC

3. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until April 25, 2012, is necessary for effective preparation of defense counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from April 11, 2012, to April 25, 2012, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

4. Accordingly, and with the consent of the defendant Roy Lin, the Court orders that the period from April 11, 2012, to April 25, 2012, be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

SO STIPULATED.

DATED: April 11, 2012

MELINDA HAAG
United States Attorney

_____/s/_____
KYLE F. WALDINGER
Assistant United States Attorney

DATED: April 11, 2012

_____/s/_____
PATRICK ROBBINS
Counsel for the defendant ROY LIN

IT IS SO ORDERED.

DATED: April 12, 2012

_____
MARIA-ELENA JAMES
Chief United States Magistrate Judge

STIP. & [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME
CR 12-0217 EMC                    -2-