GEOFFREY A. HANSEN
Acting Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant JOHN LIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-217 WHA |
| ) Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' PRETRIAL MOTIONS** |
| v. ) ) ROY LIN AND JOHN LIN, ) ) Defendants. ) | Date: November 6, 2012 Court: The Honorable William H. Alsup |

The parties hereby stipulate and agree as follows:

1. This matter is currently set for a hearing on Defendants' Motion to Suppress, Motion to Strike, and Motion for a Bill of Particulars on November 6, 2012 at 2:00 p.m. before the Honorable William H. Alsup;

2. The parties are actively engaged in settlement discussions. To further facilitate those discussions, the parties hereby stipulate and propose a modification to the briefing and hearing schedule on defendants' Motions as follows;

Motions Filed:     September 18/19, 2012;

Responses Due:     October 24, 2012, as opposed to October 9, 2012;

Replies Due:     November 6, 2012

12-217 WHA; Stipulation to Modify Schedule          1

**HEARING DATE:** November 20, 2012 at 2:00 p.m.

The parties further stipulate that because motions are currently filed and pending before the Court, time is automatically excluded under the Speedy Trial Act.

IT IS SO STIPULATED.

Dated: October 4, 2012

_____/s/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER
COUNSEL FOR JOHN LIN

Dated: October 4, 2012

_____/s/_____
PATRICK ROBBINS
COUNSEL FOR ROY LIN

Dated: October 4, 2012

_____/s/_____
KYLE WALDINGER/HALLIE HOFFMAN
Assistant United States Attorneys

.

## [PROPOSED] ORDER

For the reasons set forth above, the briefing schedule on Defendants' Motion for A Bill of Particulars, Motion to Suppress, and Motion to Strike is hereby MODIFIED as stated in this stipulation. The hearing date of November 6, 2012 shall be VACATED and a new hearing date is hereby set of **November 20, 2012 at 2:00 p.m.**.

**IT IS SO ORDERED**.

DATED: October 4, 2012.    _____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

12-217 WHA; Stipulation to Modify Schedule         2