IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ROY LIN,

    Defendant.

 /

No. CR 12-0217 WHA

**ORDER RE LETTER RECEIVED**

    The Court has received a letter from Daniel Guillory in support of defendant Roy Lin. Probation is **ORDERED** to take custody of the letter and provide a copy to counsel for both sides.

**IT IS SO ORDERED.**

Dated: March 12, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE