1  Patrick D. Robbins (CSBN 152288)
   Jason Allen (CSBN 251759)
2  SHEARMAN & STERLING LLP
   Four Embarcadero Center, Suite 3800
3  San Francisco, CA 94111-5994
   Telephone: (415) 616-1100
4  Facsimile: (415) 616-1199
   Email: probbins@shearman.com
5         jallen@shearman.com

6  Attorneys for Defendant
   Roy Lin

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR-12-0217 WHA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CHANGING SENTENCING DATE** |
| v. | |
| ROY LIN and JOHN LIN, | **[CRIM. L.R. 32-2]** |
| Defendants. | |

1   Pursuant to Criminal Local Rule 32-2, this Stipulation is entered into by and among
2   Plaintiff, the United States of America, and Defendants Roy Lin and John Lin (together, the
3   "Parties"), through their respective attorneys of record.
4   WHEREAS, Defendants entered guilty pleas on December 11, 2012;
5   WHEREAS, sentencing in this action is scheduled for April 9, 2013;
6   WHEREAS, counsel for Defendant Roy Lin is scheduled to prepare for and participate in a
7   *pro bono* program outside the United States during the weeks leading up to the currently-
8   scheduled sentencing date, and respectfully requests sufficient additional time to consult fully with
9   Mr. Lin and to prepare effectively for sentencing in advance of the hearing;
10  WHEREAS, the Parties, their counsel, and the U.S. Probation Officer assigned to this
11  action are each agreeable to and available for a sentencing hearing on April 23, 2013;
12  WHEREAS, the Courtroom Deputy Clerk has confirmed that April 23, 2013, is available
13  on this Court's calendar;
14  THEREFORE, the Parties hereby stipulate and agree, with the Court's approval, to extend
15  the sentencing date two weeks, to **April 23, 2013, at 2 p.m.**

Respectfully submitted,

Dated: March 13, 2013        By:   */s/ Patrick D. Robbins*
                                    PATRICK D. ROBBINS

                                    SHEARMAN & STERLING LLP
                                    Attorney for Defendant Roy Lin

Dated: March 13, 2013        By:   */s/ Elizabeth M. Falk*
                                    ELIZABETH M. FALK

                                    ASSISTANT FEDERAL PUBLIC DEFENDER
                                    Attorney for Defendant John Lin

Dated: March 13, 2013        By:   */s/ Hallie M. Hoffman*
                                    HALLIE M. HOFFMAN

                                    ASSISTANT UNITED STATES ATTORNEY

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Patrick D. Robbins, attest that concurrence in the filing of this document has been obtained from all signatories.

Dated: March 13, 2013

*/s/ Patrick D. Robbins*
PATRICK D. ROBBINS

SHEARMAN & STERLING LLP
Attorney for Defendant Roy Lin

1 **[PROPOSED] ORDER**

2 Based on the Stipulation of the Parties, and good cause appearing therefore, the sentencing

3 date of April 9, 2013, shall be VACATED and the new sentencing date is hereby set for **April 23,**

4 **2013, at 2:00 p.m.**

5 **IT IS SO ORDERED.**

7 Dated: March 18, 2013

WILLIAM H. ALSUP
United States District Judge